ORIGINAL

ECF

FILED
SEP 2 0 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CAPITOL INDEMNITY CORPORATION** *
**4610 University Ave.**
**Madison, WI 53705-0900** *

**Plaintiff** *

**v.** * **Case No.:** 04-1478C

**UNITED STATES OF AMERICA,** *

**Defendant** *

* * * * * * * * * * * *

**COMPLAINT**

Plaintiff, Capitol Indemnity Corporation ("CIC"), by its undersigned counsel, sues the United States of America and for cause states as follows:

**Jurisdiction**

1. Jurisdiction is conferred upon this court pursuant to the Tucker Act, 28 U.S.C. §1491 in that this case is based on enforcement of a surety's equitable subrogation rights which were impaired by the improper disbursement of contract funds by the United States of America, through the Department of Veterans Affairs.

**The Parties**

2. The Plaintiff, CIC, is a corporation organized under the laws of the State of Wisconsin, in the business of issuing surety bonds.

3. The Defendant is the United States of America (Department of Veterans Affairs).

## Facts

4. On or about the 26th day of September, 2002, the United States, by and through the Department of Veterans Affairs ("United States") awarded a $579,257 Contract No. V69DC-506-8a to replace ARF chillers at the VA Medical Center, Milwaukee, WI ("Contract") to R&T Mechanical Contractors, Inc., 330 North 30th St., Milwaukee, WI 53208 ("R&T"). A true and correct abridged copy of the Contract is attached as **Exhibit 1**.

5. On November 22, 2002, CIC, as surety for R&T, issued performance and payment bonds in accordance with the Miller Act, 40 U.S.C. §270 to secure R&T's Contract with the United States. True and correct copies of these bonds are attached as **Exhibits 2A and 2B**.

6. Prior to issuance of these bonds, out of concern for R&T's ability to satisfy its obligations to its subcontractors, suppliers, and materialmen, to the United States, and to CIC, the following safeguards were implemented by CIC:

A. CIC hired Northern Escrow, Inc. ("Northern") to act as escrow agent, for the purpose of administering the Contract through the receipt of R&T's Contract payments from the United States and distributing these monies in accordance with the Contract.

B. CIC obtained R&T's prior assent to this escrow arrangement.

C. CIC notified the United States of this escrow arrangement by inserting the following condition on both bonds, **Exhibits 2A and 2B**:

> MODIFICATIONS TO THIS BOND ARE AS FOLLOWS:
>
> Note: All contract funds relating to this project are to be sent to Northern Escrow, Inc. for distribution:
>
> Northern Escrow, Inc.
> 1276 S. Robert Street
> W. St. Paul, MN 55118

7. These conditional bonds were accepted by the United States without objection and before making any payments under the Contract.

8. Thereafter, the following sequence of events occurred:

A. R&T submitted its first payment application and progress report to the United States, received on December 5, 2002; true and correct copies of these documents are attached as **Exhibit 3**. These documents raised or reasonably should have raised serious questions as to R&T's ability to satisfy its aforesaid various obligations because:

1. Scheduled completion was 24%; but,

2. Actual completion stated only 5%.

Notwithstanding notice of R&T's possible default, the United States, through Mr. Scheuerell, arbitrarily and capriciously:

(a) Authorized payment of $28,460;

(b) Sent this payment directly to R&T, instead of to Northern, as required by the bonds (**Exhibits 2A and 2B**); and

(c) Failed to obtain CIC's consent to paying R&T directly.

B. On December 24, 2002, the United States received R&T's second payment application and progress report; true and correct copies of these documents are attached as **Exhibit 4**. These documents raised or reasonably should have raised additional serious questions as to R&T's ability to satisfy its aforesaid various obligations because:

1. Scheduled completion was 35%;

2. Actual completion on the progress report stated only 12%; while the payment application claimed that the contract was 52% complete; and

3. The progress report stated that the work progress was satisfactory even though 23% behind scheduled completion.

Notwithstanding notice of R&T's further possible default, the United States, through Mr. Scheuerell, arbitrarily and capriciously:

(a) Authorized payment of $274,674;

(b) Sent this payment directly to R&T, instead of to Northern, as required by the bonds (**Exhibits 2A and 2B**); and

(c) Failed to obtain CIC's consent to paying R&T directly.

C. On February 5, 2003, the United States received R&T's third payment application and progress report; true and correct copies of these documents are attached as **Exhibit 5**. These documents raised or reasonably should have raised even more serious questions as to R&T's ability to satisfy its aforesaid various obligations because:

1. Scheduled completion was 58%;

2. Actual completion on the progress report stated only 19%;

3. The payment application also stated that the contract was only 19% complete after the prior application claimed the contract was 52% complete; and

4. The progress report stated that the work progress was "unsatisfactory".

Notwithstanding notice of R&T's additional possible default, the United States, through Mr. Scheuerell, arbitrarily and capriciously:

(a) Authorized payment of $38,942.00;

(b) Sent this payment directly to R&T, instead of to Northern, as required by the bonds (**Exhibits 2A and 2B**); and

(c) Failed to obtain CIC's consent to paying R&T directly.

9. These first three progress payments totaled $342,166.00 and represented 60% of the contract price. After making these first three payments, the United States properly made the remaining payments to Northern, as required by the bonds (**Exhibits 2A and 2B**). A true and correct copy of the United States' payment record on this contract is attached as **Exhibit 6**.

10. R&T defaulted on this contract by failing to use this sum of $342,166.00 to properly pay its subcontractors, suppliers and materialmen and, as a direct and proximate result, claims were filed against the bonds (**Exhibits 2A and 2B**), which thereby required CIC to pay a total of $113,556.00 to date and, as a further result, CIC may be required to pay additional claims in the future. A true and correct copy of the record of such payments by CIC is attached as **Exhibit 7**.

11. Prior to starting this suit, CIC demanded that the United States:

(a) Reimburse CIC the amount of $113,556;

(b) Discharge CIC from any further bond obligations totally or pro tanto; and

(c) Hold CIC harmless from any pending unpaid claims.

This demand was rejected by the United States.

**Count I**

**Equitable Subrogation**

12. The allegations contained in above paragraphs 1 through 11 are realleged and incorporated by reference.

13. By reason of the principles of equitable subrogation and CIC's rights as surety, the Contract funds in the hands of the United States were security to which CIC was entitled as protection against default by R&T and, thereby, the United States was bound to avoid any action that would impair CIC's security interest in these Contract funds by materially increasing CIC's risk and obligations under the bonds without CIC's consent.

14. Under the circumstances alleged above, the United States substantially abused its discretion by arbitrarily and capriciously disbursing the three progress payments of $342,166.00, representing 60% of the Contract price, directly to R&T and not to Northern, without CIC's consent and in violation of the bonds, where serious questions existed as to R&T's performance under the Contract, and these actions impaired CIC's security interest by materially increasing CIC's risk and obligations under the bonds which proximately caused damage to CIC as aforesaid.

**WHEREFORE**, Plaintiff demands judgment against the United States as follows:

1. For reimbursement of $113,556.
2. For discharge totally or pro tanto.
3. Holding CIC harmless from any pending unpaid claims.
4. For actual attorneys' fees.
5. For Prejudgment Interest.
6. For costs.
7. For such other and further just and equitable relief to which CIC is entitled under the law.

Dated September 14, 2004.

Irwin L. Kass
Attorney for Plaintiff
Capitol Indemnity Corporation

Boardman, Suhr, Curry & Field LLP
One S. Pinckney Street, 4th Floor
P. O. Box 927
Madison, WI 53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709

@PFDesktop\::ODMA/WORLDOX/F:/DOCS/WD/27792/3/A0301146.WPD

DEPARTMENT OF VETERANS AFFAIRS
GREAT LAKES ACQUISITION CENTER
5000 West National Avenue, Building 6
Milwaukee, Wisconsin 53295-6006

October 18, 2002

In Reply Refer To: 69D/CSC e-mail vacsc12@concentric.net

R & T MECHANICAL CONTRACTORS INC
330 N 30TH STREET
MILWAUKEE WI 53208

SUBJECT: Notice To Proceed, Contract No. V69DC-506-8a, Replace ARF Chiller at VA Medical Center, Milwaukee, WI

You are hereby notified to proceed with the work specified under the terms of Contract No. V69DC-506-8a, to provide all labor, materials, tools, equipment and qualified supervision necessary to Replace ARF Chiller at VA Medical Center at VA Medical Center, Milwaukee, Wisconsin. The Contract provides for completion of the work within 180 days after receipt of Notice to Proceed.

You are advised that a duly appointed Contracting Officer is the only person authorized to change or alter this contract, whether or not any other employee informs you of work intended to be done, prior to its completion or termination, or to obligate the United States Government on behalf of the VA other than what was delegated to Mr. Frank Baldwin. You are further advised that Mr. Baldwin, Project Manager is designated as the Contracting Officer's Technical Representative (COTR) for the purpose of inspecting and accepting the work called for in the contract. You are directed to contact Mr. Baldwin prior to commencing work under this contract.

You are required to acknowledge receipt of this notice, and submit, within five (5) calendar days after date of receipt of this letter, a cost breakdown, progress chart, and a list of any subcontractors that will be involved with this contract. As this contract is subject to Federal Wage Rates, the poster entitled "Notice to Employees" is to be posted in a conspicuous place at the job site.

Based upon the date of October 18, 2002, as receipt of this notice to proceed, your completion date is hereby established as April 16, 2003.

Thomas J. Scheuerell

Thomas J. Scheuerell
Contracting Officer

I hereby acknowledge receipt of the above Notice To Proceed on ________

by ______________ for RT MECHANICAL CONTRACTORS
(Name) (Contractor)

EXHIBIT
1

Sent By: R N T; 4140834047; GLAC/69D Oct-25-02 9:02AM; Page 7/7
09/26/2002 12:11 FAX 414 902 5420

Sent By: R N T; 4140834047; Sep-26-02 11:11AM; Page 2/2
09/26/2002 09:58 FAX 414 902 5420 GLAC/69D 002

**OFFER** *(Must be fully completed by offeror)*

15. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
R&T MECHANICAL CONTRACTORS, INC.
830 N. 30TH STREET
MILWAUKEE, WI 53208

15B. TELEPHONE NO. *(Include area code)* (414) 934-8998

16. REMITTANCE ADDRESS *(Include only if different than Item 15)*

CODE FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 30 calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS See Page 3

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 8/22/02 | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or Print)* Ricky Hunt / President

20B. SIGNATURE [signature]

20C. OFFER DATE 08-28-02

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED: Bid ITEM 2
MARKED "A"

22. AMOUNT $579,257.00

23. ACCOUNTING AND APPROPRIATION DATA 693-661/20160-1982-854200-3223 695-C20826

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM 27

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( ) ☒ 10 USC 637(a)

26. ADMINISTERED BY CODE

GREAT LAKES ACQUISITION CENTER
5000 WEST NATIONAL AVENUE
BUILDING 5
MILWAUKEE, WISCONSIN 53295-0005

27. PAYMENT WILL BE MADE BY

DEPARTMENT OF VETERANS AFFAIRS
VISN 12 NORTHERN TIER FISCAL SERVICE (04)
5000 WEST NATIONAL AVENUE, BUILDING 5
MILWAUKEE, WISCONSIN 53295-0005
West national avenue

☐ 28. NEGOTIATED AGREEMENT. *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* Lorraine Taylor Operation Manager

30B. SIGNATURE [signature]

30C. DATE 9-26-02

31A. NAME OF CONTRACTING OFFICER *(Type or print)* THOMAS J. SCHEUERELL

31B. UNITED STATES OF AMERICA BY [signature]

31C. AWARD DATE 9-26-02

GPO: 1985 O - 464-794 STANDARD FORM 1442 BACK (Rev. 4-85)

BOND # C904423

**PERFORMANCE BOND**
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)* 11/22/02

OMB NO.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR) ,Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

PRINCIPAL *(Legal name and business address)*
R & T Mechanical Contractors, Inc.
330 North 30th St.
Milwaukee, WI 53208

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION
WI

SURETY(IES) *(Name and business address)*
Capitol Indemnity Corporation
4610 University Ave Ste 1400
Madison, WI 53705-0900

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 579 | 257 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| September 26, 2002 | V69DC-506-8a |

OBLIGATION:
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:
The Principal has submitted the bid identified above.

MODIFICATIONS TO THIS BOND ARE AS FOLLOWS:
Note: All contract funds relating to this project are to be sent to Northern Escrow, Inc. for distribution:
Northern Escrow, Inc.
1276 S. Robert Street
W. St. Paul, MN 55118

THEREFORE:
The above obligation is void if the Principal -

(a) (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:
The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) TITLES(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAMES(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | |
|---|---|---|---|---|
| NAME ADDRESS | Capitol Indemnity Corporation 4610 University Ave Ste 14 Madison, WI 53705-0900 | STATE OF INC. Wisconsin | LIABILITY LIMIT $ 1,000,000.00 | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) TITLES(S) (Typed) | 1. Chris Johnson Attorney-In-Fact | 2. Pamela J. Immerfall Witness | | |

EXHIBIT 2A

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM
Prescribed by GSA - F

BOND # C904423

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 11/22/02 | OMB NO.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR) Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

PRINCIPAL (Legal name and business address)
R & T Mechanical Contractors, Inc.
330 North 30th St.
Milwaukee, WI 53208

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION
WI

SURETY(IES) (Name and business address)
Capitol Indemnity Corporation
4610 University Ave Ste 1400
Madison, WI 53705-0900

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 579 | 257 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| September 26, 2002 | V69DC-506-8a |

OBLIGATION:
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

MODIFICATIONS TO THIS BOND ARE AS FOLLOWS:
Note: All contract funds relating to this project are to be sent to Northern Escrow, Inc. for distribution:
Northern Escrow, Inc.
1276 S. Robert Street
W. St. Paul, MN 55118

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) TITLES(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAMES(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | |
|---|---|---|---|---|
| NAME ADDRESS | Capitol Indemnity Corporation 4610 University Ave Ste Madison, WI 53705-0900 | STATE OF INC. Wisconsin | LIABILITY LIMIT $ 1,000,000.00 | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) TITLES(S) (Typed) | 1. Chris Johnson Attorney-In-Fact | 2. Pamela J. Immerfall Witness | | |

EXHIBIT 2B

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FO[RM]
Prescribed by GSA

11/30/02
Contract V69DC-506-8a
VAMC, MILWAUKEE, WI 53295

## THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

RT Mechanical Contractors, Inc.
330 W. N. 30th Street
Milwaukee, WI 53208-4207

For the work performed under Contract V69DC-506-8a dated 26-Sep-2002 for the VAMC, Milwaukee, WI 53295.

## FIRST PROGRESS PAYMENT

Period Ending 11/30/02

| | | |
|---|---|---|
| Original Contract Price | | $579,257 |
| Changes Reported | Add: | $0 |
| Changes Reported | Deduct: | $0 |
| Net Changes | | $0 |
| Total Contract Price | | $579,257 |
| Less Work Uncompleted | | $550,797 |
| Earned to Date | | $28,460 |
| Less Retainage | | $0 |
| Less Previous Payment | | $0 |
| Amount of Payment | | $28,460 |

02 DEC -4 PM 3:13

Claim made as indicated above. I have made payment from the proceeds of prior progress payments and I will make timely payment from the proceeds of this progress payment due now due to my subcontractors and suppliers in accordance with contractural arrangements with them.

I hereby certify to the best of my knowledge and belief, that

1. The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with the subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code.

3. This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms of the subcontract.

EXHIBIT 3

11/30/02
Contract V69DC-506-8a
VAMC, MILWAUKEE, WI 53295

Date 12-5-02 By: Lorraine Taylor

Title: Operations Manager

I certify that the articles and services represented by this estimate have been received and rendered in accordance with the terms of the contract.

Invoice amount is $28,460.00
Contract is currently 5% complete.

Frank W. Baldwin
FRANK W. BALDWIN, PROJECT MANAGER

12-3-02
Date

I approve the payment of this invoice and I certify that the articles and services represented hereon have been received and rendered in accordance with the terms of the contract.

Contracting Officer

Date

Net 14 Days

**Department of Veterans Affairs**

# CONTRACT PROGRESS REPORT

11/30/02

| | | | | |
|---|---|---|---|---|
| TO GLAC | | | LOCATION OF PROJECT VAMC, MILWAUKEE, WI 53295 | |
| 1. PROJECT NO. 695-02-119 | 2. CONTRACT NO V69DC-506-8a | 3. DATE CONTRACT AWARD 09/26/02 | 4. DATE NOTICE TO PROCEED RECEIVED 10/18/02 | 5. DATE CONSTRUCTION STARTED - |
| 6. NAME AND ADDRESS OF CONTRACTOR RT Mechanical Contractors, Inc. 330 W. N. 30th Street. Milwaukee, WI 53208-4207 | | | 7. DESCRIPTION OF CONTRACT Replace ARF Chillers | |
| 8. ORIGINAL CONTRACT AMOUNT | $579,257.00 | 12. EXTENDED COMPLETION DATE | 04/16/03 | 180 |
| 9. SCHEDULED PERCENT COMPLETION | 24% | 13. ESTIMATED COMPLETION DATE | 04/16/03 | 180 |
| 10. ACTUAL PERCENT COMPLETION | 5% | 14. DATE COMPLETED | | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 04/16/03 | 180 Days | 43 | |

| ITEM NO | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE-END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | Bond | $16,296.00 | $0.00 | $16,296.00 |
| 16 | Project Management | $21,600.00 | $0.00 | $0.00 |
| 17 | General Conditions | $73,299.00 | $0.00 | $12,164.00 |
| 18 | Mobilization | $18,000.00 | $0.00 | $0.00 |
| 19 | Electrical | $78,000.00 | $0.00 | $0.00 |
| 20 | JC Controls | $56,020.00 | $0.00 | $0.00 |
| 21 | Remainder of Contract | $296,042.00 | $0.00 | $0.00 |
| 22 | Demobilization | $20,000.00 | $0.00 | $0.00 |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | Total changes - | $0.00 | $0.00 | $0.00 |
| 52 | Total Changes - | $0.00 | $0.00 | $0.00 |
| 53 | TOTAL | $579,257.00 | $0.00 | $28,460.00 |

| | CONTRACT FISCAL DATA | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $579,257.00 |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $28,460.00 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $28,460.00 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $0.00 | |
| 61 | PAYMENT THIS PERIOD | $28,460.00 | |
| 62 | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $28,460.00 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $550,797.00 |

| 64. EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A WORK PROGRESS | 66B PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| See Remarks | See Remarks | See Remarks | G, H | See Remarks |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO | SYMBOLS (A) | DATE APPROV-ED (B) | DAYS EXTEN-SION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO TO INCL. | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. TO INCL. | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70 | PREVIOUSLY ISSUED | | | $0.00 | $0.00 |
| 71 | ISSUED THIS PERIOD S/A #1 | 11/20/02 | | | |
| 72 | ISSUED THIS PERIOD | | | $0.00 | $0.00 |
| 73 | Totals | | | Total Changes | $0.00 |

74. REMARKS FIRST PROGRESS PAYMENT

Appropriation 695-361/20160-1982-854200-3223 695-C20715

Retainage is at 0.00% Retainage

ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD

SUBTOTAL (SEE LINE 73)

Items 64, 65, 66A: Submittal phase; no material has been delivered nor installed
Item 67: Submittals are past due.
S/A #1 reference P.O 695-C30291($60,800)

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| FRANK W. BALDWIN, PROJECT MANAGER Frank W. Baldwin | 11/30/02 |

12/24/2002 08:34 FAX 414 902 5420 GLAC/69D

12/20/02
Contract V69DC-506-8a
VAMC, MILWAUKEE, WI 53295

# THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

RT Mechanical Contractors, Inc.
330 W. N. 30th Street
Milwaukee, WI 53208-4207

For the work performed under Contract V69DC-506-8a dated 26-Sep-2002 for the VAMC, Milwaukee, WI 53295.

## ~~FIRST~~ Second PROGRESS PAYMENT

Period Ending 12/20/02

| | | |
|---|---|---|
| Original Contract Price | | $579,257 |
| Changes Reported | Add: | $0 |
| Changes Reported | Deduct: | $0 |
| Net Changes | | $0 |
| Total Contract Price | | $579,257 |
| Less Work Uncompleted | | $276,033 |
| Earned to Date | | $303,224 |
| Less Retainage | | $0 |
| Less Previous Payment | | $28,460 |
| Amount of Payment | | $274,764 |

Claim made as indicated above. I have made payment from the proceeds of prior progress payments and I will make timely payment from the proceeds of this progress payment due now due to my subcontractors and suppliers in accordance with contractural arrangements with them.

I hereby certify to the best of my knowledge and belief, that

1. The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with the subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code.

3. This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms of the subcontract.

02 DEC 23 PM 3:58

EXHIBIT 4

12/20/02

Contract V69DC-506-8a

VAMC, MILWAUKEE, WI 53295

Date 12-20-02 By: Lorraine Taylor

Title: Operations Manager

I certify that the articles and services represented by this estimate have been received and rendered in accordance with the terms of the contract.

Invoice amount is $274,764.00

Contract is currently 52% complete.

Frank W. Baldwin

FRANK W. BALDWIN, PROJECT MANAGER

December 20, 2002

Date

I approve the payment of this invoice and I certify that the articles and services represented hereon have been received and rendered in accordance with the terms of the contract.

Contracting Officer

Date

Net 14 Days

**Department of Veterans Affairs**

# CONTRACT PROGRESS REPORT

12/20/02

| | | | | |
|---|---|---|---|---|
| TO: GLAC | | | LOCATION OF PROJECT VAMC, MILWAUKEE, WI 53295 | |
| 1. PROJECT NO. 695-02-119 | 2. CONTRACT NO. V69DC-506-8a | 3. DATE CONTRACT AWARD 09/26/02 | 4. DATE NOTICE TO PROCEED RECEIVED 10/18/02 | 5. DATE CONSTRUCTION STARTED 12/16/02 |
| 6. NAME AND ADDRESS OF CONTRACTOR RT Mechanical Contractors, Inc. 330 W. N. 30th Street. Milwaukee, WI 53208-4207 | | | 7. DESCRIPTION OF CONTRACT Replace ARF Chillers | |
| 8. ORIGINAL CONTRACT AMOUNT | | $579,257.00 | 12. EXTENDED COMPLETION DATE | 04/16/03 180 |
| 9. SCHEDULED PERCENT COMPLETION | | 35% | 13. ESTIMATED COMPLETION DATE | 04/16/03 180 |
| 10. ACTUAL PERCENT COMPLETION | | 12% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | | 04/16/03 | 180 Days | 63 |

| ITEM NO | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE-END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | Bond | $16,296.00 | $16,296.00 | $0.00 |
| 16 | Project Management | $21,600.00 | $0.00 | $3,600.00 |
| 17 | General Conditions | $73,299.00 | $12,164.00 | $12,164.00 |
| 18 | Mobilization | $18,000.00 | $0.00 | $18,000.00 |
| 19 | Electrical | $78,000.00 | $0.00 | $10,000.00 |
| 20 | JC Controls | $56,020.00 | $0.00 | $0.00 |
| 21 | Remainder of Contract | $296,042.00 | $0.00 | $0.00 |
| 22 | Demobilization | $20,000.00 | $0.00 | $0.00 |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | Total changes - | $0.00 | $0.00 | $0.00 |
| 52 | Total Changes - | $0.00 | $0.00 | $0.00 |
| 53 | TOTAL | $579,257.00 | $28,460.00 | $43,764.00 |

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | | $579,257.00 |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $72,224.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | $231,000.00 | |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $303,224.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | | $0.00 |
| 61 | PAYMENT THIS PERIOD | $28,460.00 | |
| 62 | TOTAL PAYMENT TO DATE (Items 60 plus 61) | $274,764.00 | |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $303,224.00 |

| 64. EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| Satisfactory | Satisfactory | Satisfactory | A | $276,033.00 |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO | SYMBOLS (A) | DATE APPROV-ED (B) | DAYS EXTEN-SION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD. PREV. REPORTED, NO TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM. TO INCL. | | - | $0.00 | $0.00 |
| 69 | TIME EXTNS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70 | PREVIOUSLY ISSUED | | | | |
| 71 | ISSUED THIS PERIOD | | | | |
| 72 | ISSUED THIS PERIOD | | | | |
| 73 | Totals | | | $0.00 | $0.00 |
| | | | | Total Changes | $0.00 |

74. REMARKS

FIRST PROGRESS PAYMENT

Appropriation 695-361/20160-1,982-854200-3223 695-C20715

Retainage is at 0.00% Retainage

ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
SUBTOTAL (SEE LINE 73)

S/A #1 reference P.O 695-C30291($60,800)

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| FRANK W. BALDWIN, PROJECT MANAGER Frank W. Baldwin | 12/20/02 |

01/31/03
Contract V69DC-506-8a
VAMC, MILWAUKEE, WI 53295

# THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

RT Mechanical Contractors, Inc.
330 W. N. 30th Street.
Milwaukee, WI 53208-4207

For the work performed under Contract V69DC-506-8a dated 26-Sep-2002 for the VAMC, Milwaukee, WI 53295.

THIRD ~~FIRST~~ PROGRESS PAYMENT

Period Ending 01/31/03

| | | |
|---|---|---|
| Original Contract Price | | $579,257 |
| Changes Reported | Add: | $0 |
| Changes Reported | Deduct: | $0 |
| Net Changes | | $0 |
| Total Contract Price | | $579,257 |
| Less Work Uncompleted | | $237,091 |
| Earned to Date | | $342,166 |
| Less Retainage | | $0 |
| Less Previous Payment | | $303,224 |
| Amount of Payment | | $38,942 |

Claim made as indicated above. I have made payment from the proceeds of prior progress payments and I will make timely payment from the proceeds of this progress payment due now due to my subcontractors and suppliers in accordance with contractural arrangements with them.

I hereby certify to the best of my knowledge and belief, that

1. The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with the subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code.

3 This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms of the subcontract.

EXHIBIT
5

01/31/03

Contract V69DC-506-8a
VAMC, MILWAUKEE, WI 53295

By: Lorraine Taylor
Lorraine Taylor

Date: 2-5-03

Title: Office Manager

I certify that the articles and services represented by this estimate have been received and rendered in accordance with the terms of the contract.

Invoice amount is $38,942.00
Contract is currently 19% complete.

Frank W. Baldwin
FRANK W. BALDWIN, PROJECT MANAGER

February 3, 2003
Date

I approve the payment of this invoice and I certify that the articles and services represented hereon have been received and rendered in accordance with the terms of the contract.

Contracting Officer

Date

Net 14 Days

# Department of Veterans Affairs
## CONTRACT PROGRESS REPORT

01/31/03

TO: GLAC

LOCATION OF PROJECT: VAMC, MILWAUKEE, WI 53295

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| 695-02-119 | V69DC-506-8a | 09/26/02 | 10/18/02 | 12/16/02 |

6. NAME AND ADDRESS OF CONTRACTOR
RT Mechanical Contractors, Inc.
330 W. N. 30th Street
Milwaukee, WI 53208-4207

7. DESCRIPTION OF CONTRACT
Replace ARF Chillers

| | | | | |
|---|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $579,257.00 | 12. EXTENDED COMPLETION DATE | 04/16/03 | 180 |
| 9. SCHEDULED PERCENT COMPLETION | 58% | 13. ESTIMATED COMPLETION DATE | 04/16/03 | 180 |
| 10. ACTUAL PERCENT COMPLETION | 19% | 14. DATE COMPLETED | | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 04/16/03 | 180 Days | 105 | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE-END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | Bond | $16,296.00 | $16,296.00 | $0.00 |
| 16 | Project Management | $21,600.00 | $3,600.00 | $4,500.00 |
| 17 | General Conditions | $73,299.00 | $24,328.00 | $12,164.00 |
| 18 | Mobilization | $18,000.00 | $18,000.00 | $0.00 |
| 19 | Electrical | $78,000.00 | $10,000.00 | $2,000.00 |
| 20 | JC Controls | $56,020.00 | $0.00 | $0.00 |
| 21 | Remainder of Contract | $296,042.00 | $0.00 | $20,278.00 |
| 22 | Demobilization | $20,000.00 | $0.00 | $0.00 |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | $0.00 |
| 51 | Total changes - | $0.00 | $0.00 | $0.00 |
| 52 | Total Changes - | $0.00 | $0.00 | $38,942.00 |
| 53 | TOTAL | $579,257.00 | $72,224.00 | |

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $579,257.00 |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $111,166.00 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $231,000.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $342,166.00 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $303,224.00 | |
| 61 | PAYMENT THIS PERIOD | $38,942.00 | |
| 62 | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $342,166.00 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $237,091.00 |

| 64. EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| Satisfactory | Satisfactory | Unatisfactory | T | - |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROV-ED (B) | DAYS EXTEN-SION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| | | | | | |
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | $0.00 |
| 68B | CO CHANGE ORD. PREV. REPORTED, NO TO INCL. | | - | $0.00 | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED. NO I TO I INCL | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM. TO INCL. | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70 | PREVIOUSLY ISSUED | | | | |
| 71 | ISSUED THIS PERIOD | | | | $0.00 |
| 72 | ISSUED THIS PERIOD | | | $0.00 | |
| 73 | Totals | | | Total Changes | $0.00 |

74. REMARKS FIRST PROGRESS PAYMENT

Appropriation 695-361/20160-1982-854200-3223 695-C20715

Retainage is at 0.00% Retainage

ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD
ISSUED THIS PERIOD

SUBTOTAL (SEE LINE 73)

S/A #1 reference P.O 695-C30291($60,800)

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| FRANK W. BALDWIN, PROJECT MANAGER *Frank W. Baldwin* | 01/31/03 |

Department of Veterans Affairs

# CONTRACT MODIFICATIONS

PROJECT NO. 695-02-119

CONTRACTOR SONAG COMPANY, INC.

CONTRACT NO. V69DC-506

NAME OF STATION VAMC MILWAUKEE (695)

DESCRIPTION OF WORK REPLACE ARF CHILLERS

| NUMBER | DATED | CHANGE | TIME EXT. | AMOUNT | CONTRACT PRICE |
|---|---|---|---|---|---|
| | 9-26-02 | AWARD CONTRACT | | | 579,257.00 |
| | 12-5-02 | 1ST PROGRESS PAYMENT | | 28,460.00 | 550,797.00 |
| | 12-30-02 | 2ND PROGRESS PAYMENT | | 274,764.00 | 276,033.00 |
| | 2-5-03 | 3RD PROGRESS PAYMENT | | 38,942.00 | 237,091.00 |
| | 3-4-03 | 4TH PROGRESS PAYMENT | | 45,664.00 | 191,427.00 |
| | 4-4-03 | 5TH PROGRESS PAYMENT | | 136,664.00 | 54,763.00 |
| | 5-6-05 | 6TH PROGRESS PAYMENT | | 26,928.00 | 27,835.00 |
| | 6-6-03 | 7TH PROGRESS PAYMENT | | 5,633.00 | 22,202.00 |
| | ~~3-20-03~~ | ~~S/A #2~~ | | ~~330.00~~ | ~~22,532.00~~ |
| | | (S/A #1 + S/A #3 NO | | | |
| | | MONETARY CHANGE) | | | |
| | 6-13-03 | S/A #4 | | 1,650.00 | 23,852.00 |
| | 3-20-03 | S/A #2 INCREASE | | 330.00 | 24,182.00 |
| | 7-8-03 | 8TH PROGRESS PAYMENT | | 12,883.00 | 11,299.00 |
| | 8-4-03 | S/A #5 | | 1,100.00 | 12,399.00 |
| | 8-4-03 | S/A #6 | | 12,855.00 | 25,254.00 |

EXHIBIT 6

VA FORM JUN 1991 08-6125

EXISTING STOCK OF VA FORM 08-6125, APR 1986, WILL BE USED.

Department of Veterans Affairs

# CONTRACT MODIFICATIONS

| PROJECT NO. | CONTRACTOR |
|---|---|
| 695-02-119 | SONAG COMPANY, INC. |
| **CONTRACT NO.** | **NAME OF STATION** |
| V69DC-506 | VAMC MILWAUKEE (695) PO 695-C30291 |

DESCRIPTION OF WORK: REPLACE AIR CHILLERS - S/A #1

| NUMBER | DATED | CHANGE | TIME EXT. | AMOUNT | CONTRACT PRICE |
|---|---|---|---|---|---|
| | 11-2002 | OBLIGATE S/A #1 | | | 60,800.00 |
| | 8/29/03 | SA #2 | | + 330 | 61,130.00 |
| | 4-4-03 | 1ST PROG PMT ON C30291 | | - 55,017.00 | 6,113.00 |



EXISTING STOCK OF VA FORM 08-6125, APR 1986, WILL BE USED.

**Claim Inquiry - By Claim** **ALA** **5/10/04 15:12:09** Inquire
**Payments Information**

**Claim** 00100348 **Policy** C000904423 **Insured** R & T MECHANICAL CONTRACTORS
**State** 48

| | **Clt** | **Tr** | **Trans Date** | **Check #** | **Amount** | **User** | **Payee** | **Service From** |
|---|---|---|---|---|---|---|---|---|
| _ | 01 | 62 | 4/28/04 | 0251229 | 3,712.84 | SAL | BOARDMAN SUHR CURRY | 0/00/00 |
| _ | 01 | 52 | 1/19/04 | 0245264 | 4,250.00 | PLB | FIRST SUPPLY GROUP | 0/00/00 |
| _ | 01 | 53 | 1/09/04 | 0019171 | 975.00- | MRH | recovery- escrow agent | 0/00/00 |
| _ | 01 | 52 | 1/05/04 | 0244450 | 55,853.00 | KKF | ROMAN ELECTRIC CO., | 0/00/00 |
| _ | 01 | 52 | 9/30/03 | 0238465 | 8,673.00 | KLA | BALESTRIERI ENVIRONM | 0/00/00 |
| _ | 01 | 52 | 9/18/03 | 0237648 | 44,780.00 | MRH | JOHNSON CONTROLS INC | 0/00/00 |
| _ | 01 | 62 | 9/09/03 | 0236990 | 60.00 | MRH | WI DEPT OF FINANCIAL | 0/00/00 |

1-View History Detail
F3=Exit F11=Include Monthend Transactions F12=Cancel

TOTAL LOSS payments - 113,556.00
Expenses paid - 3,772.84
recovery contract money escrow agent - <975.00>

ALA
5/10/04

EXHIBIT
7