RECEIVED
SEP 2 0 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

04-1478C

Plaintiff(s) or Petitioner(s)
Capitol Indemnity Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Irwin L. Kass

Firm Name: Boardman, Suhr, Curry & Field LLP

Post Office Box: P. O. Box 927

Street Address: One S. Pinckney Street, 4th Floor

City-State-Zip: Madison, WI 53701-0927

Telephone & Facsimile Numbers: Telephone: (608) 257-9521 Facsimile: (608) 283-1709

E-mail address: ikass@boardmanlawfirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A

**See attached Sheet for three digit code.**

Amount Claimed: $ 113,556

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003