IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAPITOL INDEMNITY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1478C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Cristina C. Ashworth as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Cristina C. Ashworth
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: October 12, 2004

S/ Cristina C. Ashworth
Cristina C. Ashworth
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0361
Fax: (202) 514-7965

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of October, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Irwin L. Kass
Boardman, Suhr, Curry & Field LLP
One S. Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701-0927

____________________________________