IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAPITOL INDEMNITY CORP. | ) | |
| | ) | |
| | ) | No. 04-1478C |
| Plaintiff, | ) | (Judge Firestone) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a thirty-three (33) day enlargement of time, to and including December 22, 2004, to file a response to the complaint. Our response is currently due on November 19, 2004. This is defendant's first request for an enlargement for this purpose. Irwin Kass, counsel for plaintiff, was contacted and does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the agency. Despite diligent efforts, the agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date. This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report. The additional time requested is also necessary for undersigned counsel to confer with the agency, to prepare a thorough response, and to obtain

the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of thirty three (33) days, to and including, December 22, 2004, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Cristina C. Ashworth
CRISTINA C. ASHWORTH
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202)307-0361

November 12, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 12th day of November, 2004, I caused to be served by United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Irwin Kass
Boardman, Suhr, Curry & Field, LLP
One S. Pinckney St. 4th floor
P.O. Box 927
Madison, WI 53701-0927

s/ Tara Hogan