IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAPITOL INDEMNITY CORPORATION, | ) | |
| Plaintiff, | ) | No. 04-1478C |
| v. | ) | (Judge Firestone) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of TARA K. HOGAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: January 10, 2005

S/ Tara K. Hogan
Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 514-7964

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/Tara K. Hogan