# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: February 14, 2005)**

*** * * * * * * * * * * * * * * * * ***

| | |
|---|---|
| | * |
| **CAPITOL INDEMNITY** | * |
| **CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

*** * * * * * * * * * * * * * * * * ***

**ORDER**

The court hereby **SCHEDULES** a joint preliminary status conference for **Thursday, February 24, 2005, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be reached at the following numbers: counsel for plaintiff at (608) 283-1762; counsel for defendant at (202) 307-1011. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller