# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: February 28, 2005)**

* * * * * * * * * * * * * * * * *
**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**ORDER**

The joint preliminary status conference originally scheduled for Thursday, February 24, 2005, at 11:00 a.m. eastern time is **RESCHEDULED** for **Wednesday, March 2, 2005, at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be reached at the following numbers: counsel for plaintiff at (608) 283-1762; counsel for defendant at (202) 307-1011. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller