# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: March 7, 2005)**

* * * * * * * * * * * * * * * * *

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

As per the status conference held on March 2, 2005, the court **ORDERS** as follows:

1. The government's motion to dismiss shall be due by **Friday, June 3, 2005**.

2. The plaintiff's response brief shall be due by **Friday, August 5, 2005**.

3. The government's reply brief shall be due by **Friday, September 2, 2005.**

In addition, all discovery is **STAYED** until resolution of the government's motion to dismiss.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller