# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAPITOL INDEMNITY CORP.,** *

Plaintiff, *

v. * No. 04-1478C

**THE UNITED STATES,** * (Filed Mar. 9, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

Pursuant to ¶ 5 of the Second Amended General Order No. 40 – Notice of ADR Pilot Program and ADR Pilot Procedures (Mar. 17, 2004),

**IT IS ORDERED**, as follows:

This case is not appropriate for ADR at this time, as the presiding judge entered a briefing schedule on March 7, 2005, for defendant's dispositive motion.

__________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Firestone