**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**Case No. 04-1478**
**(Judge Firestone)**

---

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**Motion For Leave To File Brief as Amicus Curiae**

---

Comes now The Surety Association of America ("SAA") and requests leave to file a brief as an *amicus curiae* in support of plaintiff Capitol Indemnity Corporation and in opposition to the Motion to Dismiss filed by defendant United States.

SAA is a nonprofit, non-stock District of Columbia corporation whose members are companies licensed to write fidelity and surety insurance in the United States. The approximately 500 members of SAA are sureties on virtually all contract performance and payment bonds provided to the United States pursuant to the Miller Act, 40 U.S.C. § 3131, *et. seq*. Tucker Act jurisdiction in this Court for suits by Miller Act payment bond sureties seeking contract funds, or seeking a judgment for contract funds wrongfully disbursed, is an issue of great importance to the surety industry and to federal government procuring agencies.

The question of Tucker Act jurisdiction over such suits is squarely presented by defendant's Motion to Dismiss. This Court's resolution of that jurisdictional issue will have a significant impact on SAA's members who are not parties to this case. The historical background, public policy impact and financial aspects of the jurisdictional issue can best be presented from an industry perspective. As the trade association of surety companies, SAA is in a position to address these broader implications.

SAA respectfully requests leave of court to file its brief as an *amicus curiae* in opposition to defendant's Motion to Dismiss on or before the date on which Capitol Indemnity's Opposition is due, August 5, 2005. Capitol Indemnity consents to the granting of this motion, and the United States has authorized counsel for SAA to state that the United States will not oppose this motion on the condition that SAA's brief is filed on or before the date that Capitol Indemnity's Opposition is filed.

Pursuant to Rule 7(b)(1) of the Rules of this Court, a proposed Order is attached.

Dated: July 15, 2005.

s/ Edward G. Gallagher
Edward G. Gallagher
Wickwire Gavin, P.C.
8100 Boone Blvd., Suite 700
Vienna, VA 22182
Tel: (703) 790-8750
Fax: (703) 448-1801

Attorney for Amicus Curiae
The Surety Association of America

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, a copy of the foregoing Motion for Leave to File Brief as Amicus Curiae was filed electronically. I understand that notice of this filing will be sent to counsel for all parties by the Court's electronic filing system. Parties may access a copy of this filing via the Court's electronic filing system.

s/ Edward G. Gallagher