**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Case No. 04-1478**
**(Judge Firestone)**

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

**ORDER**

Upon consideration of The Surety Association of America's Motion for Leave to File Brief as *Amicus Curiae*, the consent of plaintiff Capitol Indemnity Corporation, and the statement of defendant United States that it will not oppose the Motion.

It is on this ____ day of July, 2005, ORDERED that the motion is granted and The Surety Association of America may file its Brief as an *amicus curiae* on or before August 5, 2005.

______________________________
Nancy B. Firestone
Judge