# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: July 20, 2005)**

* * * * * * * * * * * * * * * * * *
*
**CAPITOL INDEMNITY** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER ON MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

The Surety Association of America ("SAA") unopposed motion, filed July 15, 2005, for leave to file a brief as an amicus curiae in support of the plaintiff Capitol Indemnity Corporation and in opposition to the motion to dismiss filed by defendant United States is **GRANTED**. Accordingly, SAA shall file its brief by **Friday, August 5, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller