# APPENDIX

INDEX TO APPENDIX


| | ITEM | PAGE |
|---|---|---|
| 1. | Payment and Performance Bonds with joint payment instructions .................. | 1 |
| 2. | Assignment Letters and Documents .................................................. | 8 |
| 3. | December 30, 2003 V.A. "lack of progress" letter .................................. | 23 |
| 4. | March 1, 2005 V.A. "completion" letter ............................................. | 27 |
| 5. | Deposition of Ricky Hunt pp. 35-39; 50-56; Ex. 20 ................................ | 28 |

BOND # C904423

**PAYMENT BOND**
*(See Instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)* 11/22/02

OMB NO.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, ...ing existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments ...ng this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

PRINCIPAL *(Legal name and business address)*
R & T Mechanical Contractors, Inc.
330 North 30th St.
Milwaukee, WI 53208

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION
WI

SURETY(IES) *(Name and business address)*
Capitol Indemnity Corporation
4610 University Ave Ste 1400
Madison, WI 53705-0900

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 579 | 257 | 00 |

CONTRACT DATE: September 26, 2002
CONTRACT NO.: V69DC-506-8a (handwritten; initialed JT)

OBLIGATION:
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

MODIFICATIONS TO THIS BOND ARE AS FOLLOWS:
Note: All contract funds relating to this project are to be sent to Northern Escrow, Inc. for distribution:
Northern Escrow, Inc.
1276 S. Robert Street
W. St. Paul, MN 55118

PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLES(S) (Typed) | 1. President | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAMES(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| SURETY A | | | | |
|---|---|---|---|---|
| NAME ADDRESS | Capitol Indemnity Corporation 4610 University Ave Ste Madison, WI 53705-0900 | STATE OF INC. Wisconsin | LIABILITY LIMIT $ 1,000,000.00 | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. [signature] | | |
| NAME(S) & TITLES(S) (Typed) | 1. Chris Johnson Attorney-In-Fact | 2. Pamela J. Immerfall Witness | | |

AUTHORIZED FOR LOCAL REPRODUCTION

CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

# ACKNOWLEDGMENT OF PRINCIPAL (Individual)

State of ______________

County of ______________ }

On this ______________ day of ______________, in the year 20___, before me personally

ne(s) ______________________________________________,

to me known and known to me to be the person(s) who (is) (are) described in and executed the foregoing instrument, and acknowledge(s) to me that ___he___ executed the same.

______________________
Notary Public

# ACKNOWLEDGMENT OF PRINCIPAL (Partnership)

State of ______________

County of ______________ }

On this ______________ day of ______________, in the year 20___, before me personally

come(s) ______________________________________________,

a member of the co-partnership of ______________________________________________,

to me known and known to me to be the person who is described in and executed the foregoing instrument, and acknowledges to me that he executed the same as for the act and deed of the said co-partnership.

______________________
Notary Public

# ACKNOWLEDGMENT OF PRINCIPAL (Corporation)

State of ______________

ty of ______________ }

On this ______________ day of ______________, in the year 20___, before me personally

come(s) ______________________________________________,

to me known, who, being duly sworn, deposes and says that he resides in the City of ______________

that he is the ______________ of the ______________________________

the corporation described in and which executed the foregoing instrument,and that he signed his name thereto by like order.

______________________
Notary Public

# ACKNOWLEDGMENT OF SURETY

State of Wisconsin

County of St. Croix }

On this 22nd day of November, in the year 2002, before me personally

come(s) Chris Johnson

Attorney(s)-in-Fact of Capitol Indemnity Corporation with whom I am personally acquainted, and who, being by me duly sworn, says that he/she reside(s) in Hudson, WI that he/she is (are) the Attorney(s)-in-Fact of Capitol Indemnity Corporation ,the company described in and which executed the within instrument; he know(s) the corporate seal of such Company; and that the seal affixed to the within instrument is such corporate and that it was affixed by order of the Board of Directors of said Company, and that he signed said instrument as ...torney(s)-in-Fact of the said Company by like order.

PAMELA J. IMMERFALL

3

*Capitol* **INDEMNITY CORPORATION**

4610 UNIVERSITY AVENUE, SUITE 1400, MADISON, WISCONSIN 53705-0900
PLEASE ADDRESS REPLY TO P.O. BOX 5900, MADISON, WI 53705-0900
PHONE (608) 231-4450 • FAX (608) 231-2029

# POWER OF ATTORNEY

No: 641441

**Know all men by these Presents,** That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Madison, Wisconsin, does make, constitute and appoint

------------ MICHAEL J. DOUGLAS, CHRIS JOHNSON, CHRIS STEINAGEL, JOHN R. WALLEN ------------
------------ RONALD G. HAMMERSCHLAG, DEBRA F. ANDERSON OR SUSAN M. FINNEY ------------

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

------------------------------ NOT TO EXCEED $1,000,000.00 ------------------------------

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 15th day of May 2002:

"RESOLVED, that the President, and Executive Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more resident vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of this company; the signature of such officers and seal of the Company may be affixed to any such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF**, the **CAPITOL INDEMNITY CORPORATION** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested by its Treasurer, this 15th day of May, 2002.

Attest:

**CAPITOL INDEMNITY CORPORATION**

Thomas K. Manion, Treasurer

CORPORATE SEAL

David F. Pauly, Secretary

STATE OF WISCONSIN }
COUNTY OF DANE }

On the 15th day of May, A.D., 2002 before me personally came David F. Pauly, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is the Secretary of **CAPITOL INDEMNITY CORPORATION**, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

STATE OF WISCONSIN }
COUNTY OF DANE }

JANE F. ENDRES NOTARY PUBLIC STATE OF WISCONSIN

Jane F. Endres
**Notary Public, Dane Co., WI**
**My Commission Expires 3-23-2003**

## CERTIFICATE

I, the undersigned, duly elected to the office stated below, now the incumbent in CAPITOL INDEMNITY CORPORATION, a Wisconsin Corporation, authorized to make this certificate, DO HEREBY CERTIFY that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed this 22nd Day of November, 2002

4

CORPORATE SEAL

James W. Smirz, Assistant Secretary

This power is valid only if the power of attorney number printed in the upper right hand corner appears in red. Photocopies, carbon copies or other reproductions are not binding on the company. Inquiries concerning this power of attorney may be directed to the [illegible]

BOND # C904423

| **PERFORMANCE BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* 11/22/02 | OMB NO.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions ...hing existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments ...ing this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretaria... Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

PRINCIPAL *(Legal name and business address)*
R & T Mechanical Contractors, Inc.
330 North 30th St.
Milwaukee, WI 53208

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION
WI

SURETY(IES) *(Name and business address)*
Capitol Indemnity Corporation
4610 University Ave Ste 1400
Madison, WI 53705-0900

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 579 | 257 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| September 26, 2002 | V69DC-506-Ba |

OBLIGATION:
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum

CONDITIONS:
The Principal has submitted the bid identified above.

THEREFORE:
The above obligation is void if the Principal -

MODIFICATIONS TO THIS BOND ARE AS FOLLOWS:
Note: All contract funds relating to this project are to be sent to Northern Escrow, Inc. for distribution:
Northern Escrow, Inc.
1276 S. Robert Street
W. St. Paul, MN 55118

(a) (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the ...t and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty re...ed under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:
The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) / NAME(S) | 1. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| TITLES(S) (Typed) | 1. President | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAMES(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | |
|---|---|---|---|---|
| NAME ADDRESS | Capitol Indemnity Corporation 4610 University Ave Ste 14 Madison, WI 53705-0900 | STATE OF INC. Wisconsin | LIABILITY LIMIT $ 1,000,000.00 | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. [signature] | | |
| NAME(S) TITLES(S) (Typed) | 1. Chris Johnson Attorney-in-Fact | 2. Pamela J. Immertall Witness | | |

CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corpora Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| ▶ | $25.00/15.00/10.00 | $9,293.00 |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

David M. Cohen
Director

Jeanne E. Davidson
James M. Kinsella
Deputy Directors

**Department of Justice, Civil Division**
**Commercial Litigation Branch / National Courts**
**1100 L Street, N.W.**
**Washington, D.C. 20530**

**FAX NUMBERS:**

| | | | |
|---|---|---|---|
| 4TH FLOOR | RM | 4037 | (202) 353-7988 |
| 7TH FLOOR | RM | 7101 | (202) 305-7644 |
| | | | (202) 305-7643 |
| 8TH FLOOR | RM | 8001 | (202) 305-3291 |
| 10TH FLOOR | RM | 10125 | (202) 514-8640 |
| 11TH FLOOR | RM | 11021 | (202) 514-7969 |
| | RM | 11068 | (202) 514-7965 |
| 12TH FLOOR | RM | 12113 | (202) 307-0972 |
| | | | (202) 305-1571 |
| | RM | 12007 | (202) 514-8624 |

DATE: 6/22/05

TO: Irwin Kass

FAX: 608-283-1709

FROM: Tara Hogan

PHONE: 202-616-2228

NUMBER OF PAGES SENT (INCLUDING COVER PAGE): 7

SPECIAL INSTRUCTIONS:

attn: Rosalie

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.