Northern Escrow, Inc.

February 5, 2004

VIA FACSIMILE ONLY (608) 231-3995

Mr. Andy Anderson
Capitol Indemnity Corporation
PO Box 5900
Madison, WI 53705

RE: R&T Mechanical
Bond#C904423
Claim File #100348

Andy:

Following is an overview of the situation with the escrow procedure being put into place, along with all related correspondence.

December 4, 2002
Mailed to Thomas Scheuerell at the VA, via certified mail, a notice of assignment, along with related attachments and an acknowledgement form. Received on December 9, 2002.

December 23, 2002
VA sent $28,460.00 via wire transfer to R&T Mechanical.

December 27, 2002
Received notice from the VA that the assignment form (the VA's form) needed to be altered.

December 30, 2002
Chris Johnson at J. Ryan Bonding submitted a request for signatures on the corrected documents to R&T Mechanical.

January 2, 2003
VA sent $274,764.00 via wire transfer to R&T Mechanical.

February 7, 2003
Chris Johnson at J. Ryan Bonding submitted via fax and mail copies of the corrected forms to complete the assignment. He was notified by Thomas Scheuerell at the VA that one additional payment of $38,942.00 would be submitted directly to R&T Mechanical before the assignment would be put into place. This transfer did occur, with no date confirmation from the contractor.



1276 So. Robert St. • West St. Paul, MN 55118 • Phone: 651-457-9621 • Fax: 651-457-7531

February 20, 2003
Thomas Scheuerell signed and returned acknowledgement of escrow.

March 5, 2003
Tom Dewalus with the VA's accounting department called for Northern Escrow's tax id#, the final step for set up on direct payment.

April 17, 2003
First draw received by Northern Escrow. This was for application #4.

It is worth noting that I had a number of conversations with Mr. Scheuerell during this process in which I conveyed the importance of delaying payment to the contractor until this assignment could be put into place. I also mentioned that as the bond itself states on its face that all funds must be sent to the escrow company for disbursement, and if he continued to disregard this assignment, the VA could potentially be held liable for any shortfalls on the project.

If you have any additional questions please feel free to contact me at (651) 457-9621.

Thank you,

Heather Schaus

Heather Schaus

Northern Escrow, Inc.

December 4, 2002

Via Certified Mail# 7001 2510 0002 7792 5345

Mr. Thomas J. Scheuerell
Department of Veterans Affairs – Great Lakes Acquisitions
5000 W National Ave Bldg 5
Milwaukee, WI 53295

RE: R & T Mechanical, Inc.
Contract No. V69DC-506-8a – Replace ARF Chiller at VA Medical Center, Milwaukee, WI
Bond#C904423

Mr. Scheuerell:

Enclosed are the original Notice of Assignment and Assignment Instruments (including Corporate Resolution) for the above referenced contract. If there is any missing information or problems with this Assignment please let me know as soon as possible.

If possible, we would appreciate completing of the following form so that we can verify the effectiveness of the assignment and obtain a contract persons name and phone number. I have enclosed a prepaid envelope to return it in or feel free to fax to me at (651) 457-7531.

If you have any questions please feel free to contact me at (651) 457-9621.

Sincerely,

Heather K. Schaus
Vice President

Cc: Capitol Indemnity Corporation
J. Ryan Bonding, Inc.
R & T Mechanical Contractors, Inc.



1276 So. Robert St. • West St. Paul, MN 55118 • Phone: 651-457-9621 • Fax: 651-457-7531

Notice of Assignment

To contracting officer or agency head:

Thomas J. Scheuerell
Department of Veterans Affairs-Great lakes Acquisitions
5000 W National Ave Bldg 5
Milwaukee WI 53295

This has reference to Contract No. V69DC-605-8a dated 9-26-02, entered between R & T Mechanical Contractors, Inc. 330 North 30th St Milwaukee, WI 53208 and Dept of Veterans Affairs-Great Lakes Acquisitions 5000 W National Ave Bldg 5 Milwaukee WI 53295, for Replace ARF Chiller at VA Medical Center, Milwaukee WI.

Monies due or to become due under the contract described above have been assigned to the undersigned under the provisions of the Assignment of Claims Act of 1940, as amended 31 U.S.C. 3727, 41 U.S.C. 15.

A true copy of the instrument of assignment executed by the Contractor on November 26, 2002, is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.
Wire funds to Northern Escrow, Inc.:

Associated Bank, Minnesota
2060 S Robert St. West St Paul MN 55118
ABA #091001270
Account of Northern Escrow, Inc.
Account #40018772

Please return to the undersigned the three enclosed copies of this notice with appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,
Northern Escrow, Inc.

By: Heather K Schaus
Heather Schaus
Vice President

Acknowlegement
Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received__________(a.m.)(p.m.) on ____________, 20___.

By:__________________ ______________________ ______________________
signature printed name
title

on behalf of

___________________________
name of Addressee of this Notice

# Assignment Instrument

R & T Mechanical Contractors, Inc. of Milwaukee Wisconsin hereby assign all contract funds for:

Contract No. V69DC-506-8a, Replace ARF Chiller at VA Medical Center, Milwaukee WI
Contract Amount $579,257.00
Award date 9-26-02

to:

Northern Escrow, Inc.
1276 S Robert St
West St Paul, MN 55118

By:______________________ Dated: 11-26-02
Ricky Hunt Sr. President

Attest: Lorraine Taylor
Lorraine Taylor Secretary

# Corporate Resolution

Resolved, that R & T Mechanical Contractors, Inc. shall authorize Ricky Hunt Sr. to be the signing representative and to execute the assignment instrument for Contract No. V69DC-605-8a, Replace ARF Chiller at VA Medical Center, Milwaukee WI to Northern Escrow, Inc. of West St Paul Minnesota.

By: ______________________ Dated: 11-26-02
Ricky Hunt Sr. President

Attest: ______________________
Lorraine Taylor Secretary

## Letter of Acknowledgement

I have received and am in agreement with the request of the contractor and the surety for the funds on this project to be escrowed through Northern Escrow, Inc. In compliance, all disbursements will be sent to Northern Escrow, Inc. unless otherwise directed by the surety, in writing.

Northern Escrow, Inc.
1276 So. Robert St.
West St. Paul, MN 55118

| | |
|---|---|
| **Bonds No.** | C904423 |
| **Contractor:** | R & T Mechanical, Inc. |
| **Project Owner:** | Dept. of Veterans Affairs |
| **Description:** | Contract No. V69DC-506-8a – Replace ARF Chiller at VA Medical Center, Milwaukee, WI |

**Date:** ______________________________

**Acknowledged By:** ____________________________________________________

**Printed or Typed Name:** ______________________________________________

**Title:** ______________________________________________________________

**Name of Contact Person:** ______________________________________________

**Phone Number:** ______________________________________________________

**SENDER:** ***COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

R&T Mech

1. Article Addressed to:

Mr. Thomas J. Scheuerell
Dept. of Vet Affairs - Great
Lakes Acquisitions
5000 W National Ave Bldg 5
Milwaukee, WI 53295

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (*Printed Name*) Jeffrey A Reed

C. Date of Delivery 12-4-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from servic*e label) 7001 2510 0002 7792 5345

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

**DEPARTMENT OF VETERANS AFFAIRS**
Great Lakes Acquisition Center
5000 West National Ave. Bldg. 5
Milwaukee WI 53295-0005
(414) 902-5400

December 19, 2002

In Reply Refer To: 69D/GLAC

NORTHERN ESCROW INC
ATTN HEALTHER K. SCHAUS
1276 S ROBERT STREET
WEST ST PAUL MN 55118

**SUBJ:** Assignment of claims Contract V69DC-506-8a at Milwaukee VA Medical Center

The following items must be included in the attached assignment of claims request:

The Instrument of Assignment should cover all unpaid amounts currently due or to become due under the contract rather than all contract funds.

In addition, it must be impressed with R & T Mechanical Contractors Inc.'s corporate seal or accompanied by a true copy of the resolution of the R & T Mechanical Contractors Inc Board of Directors authorizing the signing representative to execute the assignment. The assignment submitted includes a Corporate Resolution that does not appear to be signed by R & T Mechanical Contractors Inc Board of Directors.

The Instrument of Assignment should specifically state that the assignment is not subject to further assignment.

If you have any questions feel free to call me at (414) 902-5411.

Thomas J. Scheuerell

THOMAS J. SCHEUERELL
Contracting Officer

Cc: R & T Mechanical Contractors Inc

J. RYAN BONDING, INC.

P.O. Box 465 • Hudson, WI 54016-0465
800/535-0006 • Fax 800/501-0989

Monday, December 30, 2002

Rick Hunt Sr.
R & T Mechanical Contractors, Inc.
330 N 30th St
Milwaukee, WI 53208

Dear Rick:

Please note the letter from Tom Scheurell and the changes that must be made to the Assignment and the Corporate Resolution authorizing the Assignment. I have made the changes on the two documents. Hopefully, this takes care of it.

Please sign and return these to my office as soon as possible. I would suggest you fax a copy to Tom Scheurell as well.

Call me with any questions.

Sincerely,

Chris Johnson



Hudson, WI - main office Wausau, WI - sales branch

# Fax

**Date:** Friday, February 07, 2003

**To:** Thomas J. Scheuerell
Department of Veterans Affairs
Phone: 414-902-5411
Fax: 414-902-5420

**From:** Chris Johnson
J. Ryan Bonding, Inc.
P.O. Box 465
Hudson WI 54016-0465
Phone: 800-535-0006
Fax: 800-501-0989

**Pages:** 4

2/10/03 Chris sending to Tom Scheuerell

**Subject: R & T Mechanical**

Tom,

Please note that there is no corporate seal for R&T. Does that need to be noted on this assignment? Your letter indicates a seal is necessary.

Please call me.

Chris

Heather FYI

## Corporate Resolution

Resolved, that the Board of Directors of R & T Mechanical Contractors, Inc. shall authorize Ricky Hunt Sr. to be the signing representative and to execute the assignment instrument for Contract No. V69DC-605-8a, Replace ARF Chiller at VA Medical Center, Milwaukee WI to Northern Escrow, Inc. of West St Paul Minnesota.

By: [signature]
Ricky Hunt Sr. Sole Director and President

Dated: 11-26-02

Attest: [signature]
Lorraine Taylor Secretary

# Assignment Instrument

R & T Mechanical Contractors, Inc. of Milwaukee Wisconsin hereby assign all unpaid amounts currently due or to become due under the contract:

Contract No. V69DC-506-8a, Replace ARF Chiller at VA Medical Center, Milwaukee WI
Contract Amount $579,257.00
Award date 9-26-02

to:

Northern Escrow, Inc.
1276 S Robert St
West St Paul, MN 55118

This assignment is not subject to further assignment.

By: ______________________ Dated: 11-26-02
Ricky Hunt Sr. President

Attest: ______________________
Lorraine Taylor Secretary

**Letter of Acknowledgement**

I have received and am in agreement with the request of the contractor and the surety for the funds on this project to be escrowed through Northern Escrow, Inc. In compliance, all disbursements will be sent to Northern Escrow, Inc. unless otherwise directed by the surety, in writing.

Northern Escrow, Inc.
1276 So. Robert St.
West St. Paul, MN 55118

| | |
|---|---|
| **Bonds No.** | C904423 |
| **Contractor:** | R & T Mechanical, Inc. |
| **Project Owner:** | Dept. of Veterans Affairs |
| **Description:** | Contract No. V69DC-506-8a – Replace ARF Chiller at VA Medical Center, Milwaukee, WI |

**Date:** 2-20-2003

**Acknowledged By:** Thomas J Scheuerell

**Printed or Typed Name:** THOMAS J. SCHEUERELL

**Title:** CONTRACTING OFFICER

**Name of Contact Person:** THOMAS SCHEUERELL

**Phone Number:** 414-902-5411

Notice of Assignment

To contracting officer or agency head:

Thomas J. Scheuerell
Department of Veterans Affairs-Great lakes Acquisitions
5000 W National Ave Bldg 5
Milwaukee WI 53295

This has reference to Contract No. V69DC-605-8a dated 9-26-02, entered between R & T Mechanical Contractors, Inc. 330 North 30th St Milwaukee, WI 53208 and Dept of Veterans Affairs-Great Lakes Acquisitions 5000 W National Ave Bldg 5 Milwaukee WI 53295, for Replace ARF Chiller at VA Medical Center, Milwaukee WI.

Monies due or to become due under the contract described above have been assigned to the undersigned under the provisions of the Assignment of Claims Act of 1940, as amended 31 U.S.C. 3727, 41 U.S.C. 15.

A true copy of the instrument of assignment executed by the Contractor on November 26, 2002, is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.
Wire funds to Northern Escrow, Inc.:

Associated Bank, Minnesota
2060 S Robert St. West St Paul MN 55118
ABA #091001270
Account of Northern Escrow, Inc.
Account #40018772

Please return to the undersigned the three enclosed copies of this notice with appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,
Northern Escrow, Inc.

By: *Heather K Schaus*
Heather Schaus
Vice President

Acknowlegement
Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received *2:38* (a.m.) (p.m.) on *2/20*, 20*03*.

By: *Thom J Scheuerell* (signature) *THOMAS J. SCHEUERELL* (printed name)

title *CONTRACTING OFFICER*

on behalf of

GREAT LAKES HEALTHCARE SYSTEM
ACQUISITION CENTER (69D/GLHSAC)
5000 W NATIONAL AVENUE BLDG 5
MILWAUKEE WI 53295-0005

name of Addressee