DEPARTMENT OF VETERANS AFFAIRS
Great Lakes Acquisition Center
5000 West National Ave. Bldg. 5
Milwaukee WI 53295-0005
(414) 902-5400

December 30, 2003

In Reply Refer To: 69D/GLAC

R & T MECHNICAL CONTRACTORS INC
ATTN RICKY HUNT SR
330 N 30TH STREET
MILWAUKEE WI 53208

COPY

SUBJ: Replace ARF Chillers Contract V69DC-506-8a at Milwaukee VA Medical Center

I am very concerned about the lack of progress on completing the open punch list items on the above mention contract. No work has been completed since June 2003. On July 18, 2003 my Project Engineer Frank Baldwin faxed you list of missing payrolls and open punch list items and requested that these items be completed in the next 30 days and to date no action has been taken to complete the open punch list items or furnish the missing payrolls. Please provide me with your schedule indicating when each of the open punch list items will be completed and missing daily logs will be provided not latter than January 12, 2003. A copy of the missing daily logs and open punch list is attached.

Thomas J. Scheuerell

THOMAS J. SCHEUERELL
Contracting Officer

Cc: COTR Frank Baldwin

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7002 0510 0001 0040 1201

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To R&T Mechanical Contractors Inc
Street, Apt. No.; or PO Box No. 330 N 30th. Street
City, State, ZIP+4 Milwaukee, WI. 53208

PS Form 3800, January 2001 See Reverse for Instructions

VAMC Milwaukee
V69DC-506-8a
ARF Chiller Replacement

The following is a list of omissions and/or deviations from contract requirements as per final inspection on April 29, 2003.

| | DATE | INITIAL |
|---|---|---|
| 1. Additional bracing for two (2) pressure gages at chiller units | | |
| 2. Finish pipe insulation | 5-29-03 | |
| 3. Install safety/security fence | 6-13-03 | |
| 4. Complete landscaping restoration | | |
| 5. Replace crack sidewalk slab | 6-6-03 | |
| 6. Labeling pumps and panelboards, cables, etc. | | |
| 7. Remove barrels | | |
| 8. Additional concrete slab work (S/A) | 6-6-03 | |
| 9. Additional valve controls (S/A) | | |
| 10. Control scheme such that primary pumps & secondary pumps are sequences on/off at same time. | | |
| 11. Written procedure for switching chiller operations | | |
| 12. Outstanding Daily Logs - subcontractors | | |
| 13. Weekly Safety Reports | | |
| 14. Maintenance & operations manuals/parts manual(except Trane) | | |
| 15. As built drawing of E-1 (Roman); should reflect labeling | | |
| 16. Turn in key 29-1(jo) | | |

DATE INITIAL

17. Issues related to submittals:

    a. Provide tamper resistant feature for Victaulic valves (#30)

    b. Catalog sheets on outdoor light fixture lamp and ballast (#23)

    c. Provide MSD sheet for vinyl acrylic weather barrier mastic (#20)

18. Concrete test reports

All punch list items have been corrected as of ______________________________

______________________________
Signature of Project Manager

**V69DC-506: ARF Chiller Replacement Bldg. 70B - Daily Logs**

| COMPANY | DATE | NO. OF WORKERS | REMARKS |
|---|---|---|---|
| Roman Electric | 12-23-02 | 1 | OK |
| | | | |
| | 12-26-02 | 1 | OK |
| | 12-27-02 | 1 | OK |
| | | | |
| Hopwood | | ? | Missing |
| | | | |
| | | | |
| Johnson Controls | | ? | Missing |
| | | | |
| | | | |
| Trane | | ? | Missing |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |