**U.S. Department of Justice**

Civil Division

DMC:JMK:TKHogan
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

(202) 307-1011

*Washington, D.C. 20530*

March 1, 2005

Via facsimile 608.283.1709 only

Irwin L. Kass, Esq.
Boardman Law Firm
Fourth Floor
1 South Pinkney St.
P.O. Box 927
Madison, WI 53701-0927

RE: Capitol Indemnity Corporation v. United States,
Fed. Cl. 04-1478
*revised*

Dear Mr. Kass:

The contracting officer, Tom Scheuerell, confirmed that R&T's performance on the contract is complete and the warranty period has ended. The Department of Veterans Affairs has advised me that it will not be making any claim on the performance bond and, therefore, CIC has no further obligation to the Government under the performance bond. Mr. Scheuerell is not aware of, and is not holding, any outstanding unpaid subcontractor claims at this time. It is the agency's practice to direct subcontractors with unpaid claims to the surety for payment. If you have any further questions, please contact me.

Sincerely,

Tara K. Hogan
Trial Attorney
Commercial Litigation Branch

cc: Helen Henningsen, Esq, Department of Veterans Affairs