# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: October 12, 2005)**

* * * * * * * * * * * * * * * * *
*
**CAPITOL INDEMNITY** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court schedules a joint status conference call for **Wednesday, October 26, 2005 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (608) 283-1762; counsel for defendant at (202) 307-1011; counsel for amicus Surety Association of America at (703) 761-2751. In addition, as indicated counsel for each party in Commercial Casualty Insurance Company of Georgia v. United States, Case No. 03-2033C, will participate on the conference call. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller