# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: October 27, 2005)**

* * * * * * * * * * * * * * * * *

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Based on the October 26, 2005 telephonic status conference, which included counsel for the parties in Commercial Casualty Insurance Company of Georgia v. United States, No. 03-2033C, the court **STAYS** consideration of the pending motion to dismiss in the above-captioned case pending additional briefing by the parties and amicus curiae in case number 03-2033C.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller
Kelly Blank, Counsel for the defendant in case number 03-2033C
DeWitte Thompson, Counsel for the plaintiff in case number 03-2033C