# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: March 16, 2006)**

* * * * * * * * * * * * * * * * *

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Oral argument on defendant's motion to dismiss shall be heard on **Friday, April 28, 2006 at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W. Washington, DC 20005. The courtroom number will be posted in the lobby on the day of the proceeding. Counsel for each party shall be appear in person. In addition, counsel for each party in Commercial Casualty Insurance Co. of Georgia v. United States (Case No. 03-2033C) and Cincinnati Insurance Co. v. United States (Case No. 05-751C) and counsel for Surety Association of America will participate in the oral argument.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge