**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**Case No. 04-1478C**
**(Judge Firestone)**

---

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**PRAECIPE**

---

The Clerk will please note the following change of address for Edward G. Gallagher, attorney of record for amicus curiae The Surety Association of America:

Edward G. Gallagher
The Surety Association of America
1101 Connecticut Avenue, N.W., Suite 800
Washington, DC 20036
Tel: (202) 778-3622
Fax: (202) 463-0606
E-mail: egallagher@surety.org

_/s/ Edward G. Gallagher_