# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: July 6, 2006)**

* * * * * * * * * * * * * * * * * *

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

The status conference originally scheduled for Wednesday, July 12, 2006 at 11:00 a.m. eastern time is hereby **RESCHEDULED** for **Wednesday, July 12, 2006 at 3:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (608) 283-1762; counsel for defendant at (202) 307-1011; and counsel for amicus Surety Association of America at (202) 778-3622. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge