# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: July 13, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **CAPITOL INDEMNITY CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Based on the July 12, 2006 status conference, the parties may begin fact discovery, which shall conclude by **Tuesday, October 10, 2006.** A status conference is **SCHEDULED** for **Thursday, October 12, 2006, at 3:00 p.m. eastern time**. Counsel for the parties shall appear via telephone, and unless otherwise notified will be contacted at the following numbers: counsel for the plaintiff at (608) 283-1762; counsel for the defendant at (202) 616-2228; and counsel for the amicus Surety Association of America at (202) 778-3622. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge