# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: October 12, 2006)**

* * * * * * * * * * * * * * * * *
*
**CAPITOL INDEMNITY** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Based on representations made by the parties during the telephone status conference conducted on October 12, 2006, the court hereby **STAYS** litigation in the above captioned case so that the parties may finalize their settlement agreement. The parties shall file a joint status report by **Tuesday, January 9, 2007** indicating progress the parties have made towards final resolution in this matter.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge