**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAPITOL INDEMNITY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1478c |
| | ) | (Judge Firestone) |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's October 12, 2006 order, the defendant respectfully submits this status report informing the Court of progress made towards settlement. The defendant was unable to obtain the consent and signature of the plaintiffs' counsel prior to filing this status report. The parties reached a settlement agreement. The necessary forms for payment of the settlement were submitted the Treasury Department's Judgment Fund office on November 7, 2006. Defendant counsel's office left several messages for the Financial Management Service in December and January, but were unable to obtain an update on the status of payment. However, payment from the Judgment Fund typically takes 8-12 weeks from the date of the submission. Therefore, counsel for the defendant anticipates that Capitol Indemnity Corporation will receive its paper settlement check within the next thirty days and the parties will promptly submit a stipulated notice of dismissal. Therefore, the defendant proposes that the parties file a joint status report in thirty days, in the event that the parties have not submitted a notice of dismissal by that date.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

January 9, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 9, 2007, a copy of the foregoing "Defendant's Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan