# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: January 10, 2007)**

* * * * * * * * * * * * * * * * *

**CAPITOL INDEMNITY CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Based on representations made by the government in the status report filed on January 9, 2007, the court hereby **STAYS** the above captioned case so that the government may finalize settlement payments to the plaintiff. The parties shall file a joint status report or a joint stipulation of dismissal by **Friday, February 9, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge