**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CAPITOL INDEMNITY CORP., )
)
Plaintiff, ) No. 04-1478c
) (Judge Firestone)
v. )
)
UNITED STATES, )
)
Defendant. )

JOINT STATUS REPORT

Pursuant to this Court's January 10, 2007 order, the parties respectfully submit this status report informing the Court of the current status of settlement. As the defendant reported in its January 2007 status report, the parties reached a settlement agreement. Counsel for defendant submitted forms for payment of the settlement to the Treasury Department's Judgment Fund office on November 7, 2006.

On February 2, 2007, Judgment Fund staff informed defendant's counsel that its office processed the forms on January 24, 2007. Based on that information, the parties anticipate that Capitol Indemnity Corporation ("CIC") will receive its paper settlement check within the next three weeks. Once CIC receives its check, the parties will file a joint stipulation for dismissal, pursuant to Rule of the Court of Federal Claims 41(a)(1)(ii). The parties propose that they file another joint status report in thirty (30) days, in the event that the parties have not submitted a notice of dismissal by that date.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

S/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/Irwin L. Kass
IRWIN L. KASS
Boardman, Suhr, Curry & Field, LLP
P.O. Box 927
Madison, WI 53701
Tele: (608) 283-1762
Fax: (608) 283-1709

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7644

Attorneys for Defendant

February 9, 2007

CERTIFICATE OF FILING

I hereby certify that on February 9, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan