# In the United States Court of Federal Claims

**No. 04-1478C**
**(Filed: February 12, 2007)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CAPITOL INDEMNITY CORPORATION,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed February 9, 2007, indicating that the parties anticipate that plaintiff will receive payment (settlement check) within the next three weeks. The court hereby **STAYS** the above captioned case for thirty days. The parties shall file a joint status report or a joint stipulation of dismissal by **Tuesday, March 13, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge