IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-1478C<br>(Judge Firestone) |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

S/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director and
Authorized Representative of
the Attorney General

S/Irwin L. Kass
IRWIN L. KASS
The Boardman Law Firm
1 S. Pinckney St.,
Fourth Floor
P.O. Box 927
Madison, WI 53701
Tele: (608) 257-9521
Fax: (608) 283-1709)

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

Attorneys for Defendant

Dated: February 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara K. Hogan